Evelyn R. SINKLER, Plaintiff—
Appellant,

v.

MASSMUTUAL INSURANCE
COMPANY, Defendant—
Appellee.

No. 10–1785.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 1, 2010.

---

* The district court referred this case to a mag-
istrate judge pursuant to 28 U.S.C.A.
§ 636(b)(1)(B) (West 2006 & Supp.2010).

Evelyn R. Sinkler, Appellant Pro Se. Michael Patrick Cunningham, Justin Sean Landreth, Funk & Bolton, PA, Baltimore, Maryland, for Appellee.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelyn R. Sinkler seeks to appeal the district court's order transferring this case to the District Court for the District of Maryland. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Sinkler seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*